ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

vs.

SEETHRUEQUITY, LLC, AJAY TANDON, AND AMIT TANDON

        Defendants.

18 Civ. 10374 (LLS)

**ORDER**

  Defendants are granted a three-month extension of the time to respond to Plaintiff's Motion for Certain Conduct-Based Injunctions, Civil Penalties, and Officer and Director and Penny Stock Bars (Dkt. Nos. 28, 29).

  The parties should not anticipate any further extensions.

Dated:  New York, New York
     September 24, 2021

               *Louis L. Stanton*
              LOUIS L. STANTON
                U.S.D.J.