**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                      18 **CIVIL** 10374 (LLS)

        -against-                        **FINAL JUDGMENT**

SEETHRUEQUITY , LLC , AJAY TANDON , and
AMIT TANDON,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Memorandum and Order dated January 21, 2022, the SEC's motion is granted in part, and Final Judgment is entered as follows:

    An amount of $250,000 in civil penalties is imposed against defendant Amit Tandon,

    An amount of $270,000 in civil penalties is imposed against defendant Ajay Tandon,

    Defendants shall be permanently prohibited from promoting, causing the promotion, or deriving compensation from the promotion of any issuer of any security.

    Defendants Ajay and Amit Tandon shall be prohibited for a period of five years from action as an officer or director of a public company, as defined in 15 U.S.C. §§ 77t (e) and 78 (u) (d) (2), and from offering a penny stock.

**Dated:**  New York, New York
           January 21, 2022

                                                           **RUBY J. KRAJICK**
                                                           Clerk of Court
                                        **BY:**
                                                            Deputy Clerk